No. 505. MALOY v. CITY OF MULBERRY, *ante*, p. 933; and

No. 379, Misc. LIPSCOMB v. UNITED STATES, *ante*, p. 971. Petitions for rehearing denied.

APRIL 2, 1956.

No. 66. RIVERBANK LABORATORIES v. HARDWOOD PRODUCTS CORP. Certiorari, 350 U. S. 817, to the United States Court of Appeals for the Seventh Circuit. Argued January 16, 1956. Decided April 2, 1956. *Per Curiam:* The Court is of the opinion that the District Court correctly found there was proper service upon the defendant in this case. Accordingly, the judgment of the Court of Appeals is reversed and the case is remanded to that Court for further proceedings.* MR. JUSTICE HARLAN took no part in the consideration or decision of this case. *Maurice Rosenfield* argued the cause for petitioner. With him on the brief were *Philip B. Kurland* and *Jack H. Oppenheim*. *David A. Fox* argued the cause for respondent. With him on the brief were *Gerrit P. Groen* and *Roger Sherman Hoar*.

No. 316. RAYMOND BAG Co. v. BOWERS, TAX COMMISSIONER OF OHIO. Appeal from the Supreme Court of Ohio. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. MR. JUSTICE DOUGLAS would note probable jurisdiction. *Wellmore B. Turner* and *Guy H. Wells* for appellant. *C. William O'Neill,* Attorney General of Ohio, and *Jack H. Bertsch* and *Larry H. Snyder,* Assistant Attorneys General, for appellee.

---

*As amended by order entered April 9, 1956, *post,* p. 1012.